**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter _____ 7

☐ Check if this is an
    amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Aiken Group LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Subway |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 38-4135198 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1045 Reunion Pl SW | P.O. Box 311864 |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| Atlanta          GA     30331 | Atlanta          GA     31131 |
| City                State     ZIP Code | City                State     ZIP Code |
| | |
| | **Location of principal assets, if different from principal place of business** |
| Fulton County | |
| County | Number        Street |
| | |
| | |
| | City                State     ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor ___The Aiken Group LLC_____   Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

2513

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                               MM / DD / YYYY

        District _____ When _____ Case number _____
                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor __Antwan and Jermey Aiken_____ Relationship _____

       District __Northern District of Georgia_____ When __04/30/2026_____
                                          MM / DD / YYYY

       Case number, if known _____

| Debtor | The Aiken Group LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                          State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    The Aiken Group LLC
_____    Case number (*if known*)_____
          Name

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/30/2026
             MM  / DD / YYYY

✘ /s/ Antwan Aiken
Signature of authorized representative of debtor

Antwan Aiken
Printed name

Title  Co-Owner

**18. Signature of attorney**

✘ /s/ William Rountree
Signature of attorney for debtor

Date   04/30/2026
       MM   / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number        Street

Atlanta                                    GA        30329
City                                       State     ZIP Code

404-584-1238                               wrountree@rlkglaw.com
Contact phone                              Email address

616503                                     GA
Bar number                                 State

---

Access To Capital For Entrepreneurs, Inc
3173 Hwy 129 North
Cleveland, GA 30528

American Express
P.O. Box 60189
City of Industry, CA 91716-0189

Antwan Aiken
1045 Reunion Pl SW
Atlanta, GA 30331

Cintas Corporation
6029 Lagrange Blvd
Atlanta, GA 30336

CM Group
12836 S. Dixie Hwy
Bowling Green, OH 43402

Continental Services Group LLC, Conserve
200 CrossKeys Office Park
Fairport, NY 14450

Credence Resource Management LLC
P.O. Box 2268
Southgate, MI 48195-4268

Department of the Treasury, Internal Revenue Service
P.O. Box 145566
Cincinnati, OH 45250-5566

Georgia Banking Company
1776 Peachtree St NW
Suite 300
Atlanta, GA 30309

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
2595 Century Pkwy NE
Suite 339
Atlanta, GA 30345-3173

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Georgia Primary Bank
3880 Roswell Rd
Suite C
Atlanta, GA 30342

HP Inc
1501 Page Mill Rd
Palo Alto, CA 94304-1126

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Jermey Aiken
1045 Reunion Pl SW
Atlanta, GA 30331

Navy Federal
P.O. Box 3500
Merrifield, VA 22119-3500

NuCo2
P.O. Box 9011
Stuart, FL 34995

Subway Real Estate LLC
c/o Thompson Hine LLP
3560 Lenox Rd N.E., Ste 1600
Atlanta, GA 30326

THE ATLANTA DEVELOPMENT AUTHORITY D/B/A
INVEST ATLANTA
133 PEACHTREE STREET
SUITE 2900
Atlanta, GA 30303

The CBE Group
P.O. Box 2635
Waterloo, IA 50704-2635

The ICEE Company
P.O. Box 515723
Los Angeles, CA 90051-5203


Truist
P.O. Box 791622
Baltimore, MD 21279-1622


U.S. Small Business Administration
CESC - COVID EIDL SERVICE CTR
14925 Kingsport Road
Fort Worth, TX 76155


Utility Management Services
6317 Oleander Drive
Suite C
Wilmington, NC 28403


Wells Fargo
P.O. Box 40310
Mesa, AZ 85274


Western Equipment Financial
P.O. Box 617
West Fargo, ND 58078


Western State Bank
P.O. BOX 610
Devils Lake, ND 58301

United States Bankruptcy Court

Northern District of Georgia

In re:  The Aiken Group LLC

Case No.

Chapter   7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____04/30/2026_____

/s/ Antwan Aiken
_____
Signature of Individual signing on behalf of debtor

Co-Owner
_____
Position or relationship to debtor